NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――

**RAKHMATULLA ASATOV,**
*Petitioner,*

**v.**

**AGENCY FOR INTERNATIONAL DEVELOPMENT,**
*Respondent.*

―――――――――――――

2013-3068

―――――――――――――

Petition for review of the Merit Systems Protection Board in No. PH3330120145-I-1.

―――――――――――――

**ON MOTION**

―――――――――――――

**O R D E R**

Rakhmatulla Asatov moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

RAKHMATULLA ASATOV v. AID                                    2

                                          FOR THE COURT

                                          /s/ Jan Horbaly
                                          Jan Horbaly
                                          Clerk

s24